**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>            v.<br><br>ANGEL NIEVES-COBIAN<br>    Defendant | CRIMINAL NO. 97CR132-01(DRD) |

<u>NOTICE TO THE COURT</u>

TO THE CLERK OF THE COURT:

   Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case has been satisfied in full by defendant Angel Nieves-Cobian.

   I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

   In San Juan, Puerto Rico, this 28th day of January, 2005.

                              H. S. GARCIA
                              UNITED STATES ATTORNEY

                              S/*Rebecca Vargas-Vera*
                              REBECCA VARGAS VERA
                              Assistant U.S. Attorney
                              Financial Litigation Unit
                              USDC ID NO. 203307
                              Torre Chardon, Suite 1201
                              350 Carlos Chardon Street
                              San Juan, Puerto Rico 00918
                              Tel. 766-5656