## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

```
UNITED STATES OF AMERICA
        Plaintiff                    CRIMINAL NO. 97CR132-01(DRD)

            v.


ANGEL NIEVES-COBIAN
        Defendant
```

### ENTRY OF SATISFACTION

The Satisfaction of the SPECIAL MONETARY ASSESSMENT AND CRIMINAL FINE IS HEREBY ENTERED.


San Juan, Puerto Rico, this __ day of _____ of _____.


```
                    FRANCES RIOS DE MORAN
                    CLERK OF THE COURT
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO


                    By: _____
                             Deputy Clerk
```